# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

WOODEN

VERSUS

LANDRY, ET AL.

CIVIL ACTION

19-690-SDD-EWD

## RULING

The Court has carefully considered the *Complaint*[1] filed by Plaintiff, the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Erin Wilder-Doomes, dated November 3, 2020, to which a response[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Plaintiff's claims are hereby DISMISSED WITH PREJUDICE as legally frivolous and for failure to state a claim, pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and this case shall be CLOSED.

*Judgment* will be entered accordingly.

Signed in Baton Rouge, Louisiana on December 14, 2020.

_____
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 8.
[3] Rec. Doc. 9.